UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Jose Barajas-Gonzalez, et al.

Defendant(s)

CRIMINAL NO. 08CR377-JM

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07081298

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Cristobal Ramirez-Montes

DATED: 2-14-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** ____________ **Deputy Clerk**

**CLERK'S OFFICE COPY**
**mc500 Crim-25 rev. 8-95**

U.S. GPO: 2003-581-774/70082