UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR377-JM |
| vs. | ORDER |
| Jose Barajas-Gonzalez, et al. | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 07081298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Brenda Yadira Rodriguez-Ramirez

DATED: 2-14-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by ______ **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95