AO 455 (Rev. 5/85) Waiver of Indictment

FEB 1 2008

SOUTH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

WILFRIDO URETA-MORENO (2)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR377-JM

I, WILFRIDO URETA-MORENO, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 2/21/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Wilfrido Ureta M.

Defendant

Defense Counsel

Before

Judicial Officer